**Memorandum Order issued March 7, 2017**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-16-00589-CV

———————————

**WINNIE STACEY ALWAZZAN, Appellant**

**V.**

**ISA ALI ALWAZZAN AND INTERNATIONAL AGENCIES CO., LTD.,
Appellees**

---

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 13-FD-0848**

---

### MEMORANDUM ORDER

Appellant, Winnie Stacey Alwazzan, filed an amended notice of appeal from the trial court's two orders signed on July 21, 2016. Appellees, Isa Ali Alwazzan and International Agencies Co. Ltd., filed a notice of appeal on January 24, 2017, from the order of the court on respondent's motion for sanctions, signed by the trial

court on October 25, 2016, after requesting findings of fact and conclusions of law on November 14, 2016. *See* TEX. R. APP. P. 26.1(a)(4), (d).

On February 3, 2017, appellees filed a letter advising this Court that they are withdrawing their cross-appeal, which we construe as a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). While there is no certificate of conference with the motion, it has been on file with the Court for more than 10 days without a response, and no opinion has issued yet. *See id.* 10.1(a)(5), 10.3(a)(2), 42.1(c).

Accordingly, we **GRANT** appellees' motion and **ORDER** the cross-appeal **DISMISSED**. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's appeal remains pending before this Court.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.